# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GWENLYN CHOUEST** | Docket No. 2:23-cv-04565 |
| **Versus** | Judge: CARL J. BARBIER |
| **AMERICAN NATIONAL INSURANCE COMPANY** | Magistrate Judge: KAREN WELLS ROBY |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Joint Motion to Dismiss without Prejudice for the reasons set forth below.

1. Plaintiff, GWENLYN CHOUEST, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 27, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel was advised by the Plaintiff that they had other representation and does not want to pursue this claim with Galindo Law.

Accordingly, upon due consideration of the facts and law, undersigned counsel wishes to voluntarily dismiss this claim without prejudice so that Plaintiff may move forward in state court on this matter.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

| | |
|---|---|
| */s/ Angie Arceneaux Akers* | */s/ Mark Ladd* |
| JAY M. LONERO | MARK LADD (30847) |
| Email : jlonero@lpwsl.com | GALINDO LAW FIRM |
| ANGIE ARCENEAUX AKERS | 3850 North Causeway Blvd. |
| Email: aakers@lpwsl.com | Ste. 1520 |
| LARZELERE, PICOU, WELLS, | Metairie, Louisiana 70002 |
| SIMPSON LONERO, LLC | Ph. 713-228-3030 |
| 3850 N. Causeway Blvd., Suite 500 | Fax 713-228-3003 |
| Metairie, Louisiana 70002 | Email:hurricane@galindolaw.com |
| Phone: 504-834-6500 | **ATTORNEYS FOR PLAINTIFF** |
| **ATTORNEYS FOR DEFENDANT** | |